```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| CLAUDIE ALLEN, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 14-0364-M |
| CAROLYN W. COLVIN, | : |
| Social Security Commissioner, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Claudie Allen.

DONE this 4th day of March, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE